1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Edo Trading Inc | Case No. CV 16-02120-AB (RAOx) |
|---|---|
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| LVNV Toys et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 13, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE